Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,



Jan Horbaly
Clerk

09/13/06

cc: Clerk's Office, DCT
Melanie K. Sharp
Gillian Thackray

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 3 2006

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 09/13/06

ADVANCED MED OPTICS V ALCON, 2006-1212, -1248
DCT - 03-CV-1095 KAJ

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: Sept. 13, 2006

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2006-1212, -1248

ADVANCED MEDICAL OPTICS, INC.

Plaintiff-Cross Appellant,

v.

ALCON LABORATORIES, INCORPORATED
and ALCON MANUFACTURING, LTD.,

Defendants-Appellants.

O R D E R